UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ENNIS R. PATTERSON, | ) | Case No.: 1:18 CV 2096 |
| | ) | |
| Petitioner | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN DAVID GRAY, | ) | |
| | ) | |
| Respondent | ) | ORDER |

Currently pending before the court in the above-captioned case is Petitioner Ennis R. Patterson's ("Petitioner") Traverse/Motion for Summary Judgment ("Traverse/Motion"). (ECF No. 10.) The court referred this case to Magistrate Judge George J. Limbert, under Local Rule 72.2, for preparation of an R&R. On October 31, 2019, Judge Limbert submitted an Interim R&R, recommending that the court deny the portion of Petitioner's Traverse/Motion to the extent that it is prepared as a motion for summary judgment because the arguments therein are unsupported and without merit. (Interim R&R at PageID #521, ECF No. 12.) Additionally, the Interim R&R recommends that the court allow the rest of Petitioner's Traverse/Motion to constitute his Traverse along with the Response to Return of Writ that Petitioner filed on March 15, 2019. (*Id.*)

As of the date of this Order, no objection to Judge Limbert's Interim R&R has been filed. When no objection has been filed, "the court need only satisfy itself that there is no clear error on

the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note; *see also Thomas v. Arn* , 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require the district court review of a magistrate[] [judge's] factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

After a careful review of Judge Limbert's Interim R&R, and all relevant documents in the record, the court finds no clear error and that Judge Limbert's recommendations are well taken. Accordingly, the court adopts as its own Magistrate Judge Limbert's Interim R&R (ECF No. 12) in its entirety for the reasons stated therein.

IT IS SO ORDERED.

                                                  */s/ SOLOMON OLIVER, JR.*
                                                  UNITED STATES DISTRICT JUDGE

November 18, 2019